**Michael S. ZEMAN, Appellant,**

v.

**Christine GREEN, Appellee.**

Court of Appeals of Kentucky.

Sept. 30, 1960.

Kent McElwain, Louisville, for appellant.

Allen Schmitt, Louisville, for appellee.

PER CURIAM.

On motion for an appeal under KRS 21.080 from a judgment for $1,500, the motion for an appeal is overruled and the judgment is affirmed.

**NATIONAL UNION INDEMNITY COMPANY OF PITTSBURGH, PA.**

v.

**Eurie GARLAND, dba Garland Used Cars, et al.**

Court of Appeals of Kentucky.

Sept. 30, 1960.

George E. Overbey, Murray, George R. Effinger, Paducah, for appellant.

Nat Ryan Hughes, Wells Overbey, Murray, for appellees.

PER CURIAM.

Motion for an appeal from a judgment of $1,500 on a policy of indemnity insurance,

rendered in the Calloway Circuit Court, Honorable Earl Osborne, Judge.

The several questions raised have been carefully considered, and the court concludes that the judgment is correct.

The motion for an appeal is overruled, and the judgment stands affirmed.